## (June 24, 1965)

■ In the Matter of the Estate of JOHN F. POLAROLO, Deceased. RINA POLAROLO, Appellant; JANE POLAROLO, Respondent.— Decree unanimously affirmed, without costs and without disbursements (*Matter of Haney*, 14 A D 2d 121). Concur — Botein, P. J., Breitel, McNally, Eager and Steuer, JJ.

■ 189 LENOX REALTY CORP., Appellant, v. VARIED PROPERTIES, INC., Respondent.— Orders entered respectively on February 26, 1964 and March 3, 1964, unanimously affirmed, with $30 costs and disbursements to respondent. See Memorandum in appeal decided herewith. (*189 Lenox Realty Corp.* v. *Varied Props.*, 24 A D 2d 437.) Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ 189 LENOX REALTY CORP., Appellant, v. VARIED PROPERTIES, INC., Respondent.— Order and judgment appealed from unanimously reversed, on the law, on the facts, and in the exercise of discretion, without costs and without disbursements, and the motion to dismiss for failure to prosecute denied, with $10 costs. While the delays in this action are hardly excusable, the related appeal involving the merits suggests a reversal of the dismissal of this action. The record on that appeal has been examined and it appears that, in the interest of justice, the issues should be explored by trial rather than by the cursory affidavits submitted by both sides. Such trial should proceed promptly or defendant is privileged to renew its motion. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

■ PETER CERCHIA, Appellant, v. HILLSIDE HOUSING CORPORATION et al., Respondents.— Order entered November 18, 1964 denying plaintiff's motion for leave to serve an amended complaint and further bill of particulars unanimously affirmed, with $30 costs and disbursements to respondents. As regards damages subsequent to the service of the bill, the reservation therein is sufficient to cover all properly provable damages. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ JOHN WHITE, Appellant, v. WALDORF CARTING CORPORATION, Respondent, and MANGEL STORES CORP. et al., Respondents-Appellants.— Judgment in favor of defendants unanimously affirmed, with $50 costs to defendants. It is not necessary to reach the question of contributory negligence in view of the fact that there was no proof of negligence. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ DOMINICK F. PADUANO et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— Order and judgment declaring the city's fluoridation program to be lawful, and dismissing the complaint, unanimously affirmed, with $50 costs to respondents, on the opinion of Mr. Justice BRUST [45 Misc 2d 718] at Special Term. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of SOLOMON BORIS, Petitioner, v. MICHAEL J. MURPHY, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and the petition dismissed, with $30 costs and disbursements to respondent. Concur — Rabin, J. P., Stevens and Steuer, JJ.; McNally and Staley, JJ., dissent in the following memorandum by Staley, J.: I believe that the dismissal of petitioner and the forfeiture of his accrued pension rights constitute unreasonably harsh and excessive sanctions for the reasons stated in the dissenting opinion in *Matter of Mansfield* v. *Murphy* (21 A D 2d 659). Accordingly, I vote to modify and recommend a period of suspension followed by retirement.